**Steven VLASICH, Plaintiff–Appellant,**

v.

**Burt HOFFMAN, Dr., individually and in his official capacity, Defendant–Appellee.**

No. 08–17311.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Nov. 2, 2011.

Steven Vlasich, Corcoran, CA, pro se.

Diana Esquivel, Deputy Attorney General, California Department of Justice, Office of the Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: TROTT, GOULD, and RAWLINSON, Circuit Judges.

## MEMORANDUM **

Steven Vlasich, a California state prisoner, appeals pro se from the district court's judgment following a jury trial in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion the district court's evidentiary rulings. *Nationwide Transp. Fin. v. Cass Info. Sys., Inc.,* 523 F.3d 1051, 1057–58 (9th Cir.2008). We affirm.

The district court did not abuse its discretion by excluding testimony from Shuster and Rodriguez because it was irrelevant and cumulative. *See* Fed.R.Evid. 401–02, 701–02; *Lutz v. Glendale Union High Sch.,* 403 F.3d 1061, 1071 (9th Cir. 2005) ("[T]he district court has broad authority to limit the number of witnesses on a particular point to avoid cumulative evidence.").

Vlasich's remaining contentions, including those concerning Hoffman's testimony

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

about his military service, are unpersuasive.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.